## KIRKMAN v. WILSON

No. 242A90

Case below: 98 N.C.App. 242

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 29 August 1990. Petition by defendants (Zeno M. Everette, Jr. and wife, Carol H. Everette) for discretionary review pursuant to G.S. 7A-31 allowed 29 August 1990.

## LEE v. DUKE POWER

No. 236P90

Case below: 98 N.C.App. 340

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## LENOIR MEM. HOSP. v. N.C. DEPT. OF HUMAN RESOURCES

No. 222P90

Case below: 98 N.C.App. 178

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## MAY v. MARTIN

No. 300P90

Case below: 99 N.C.App. 216

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## MEDLEY v. N.C. DEPT. OF CORRECTION

No. 360PA90

Case below: 99 N.C.App. 296

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 29 August 1990.